**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiff,

-vs-

CSC Credit Services, Inc. and
Equifax Credit Information Services,

Defendants.

Civil Action No. 01-CV-~~273~~ 420 PAM/JGL

**NOTICE OF DISMISSAL WITHOUT PREJUDICE** and ORDER

Pursuant to Rule 41, Subd. (a)(1) of the Fed. R. Civ. P., Plaintiffs Cheryl Ziemer and William Ziemer, Jr., through their undersigned attorney, hereby dismiss, without prejudice, any and all claims against Defendants CSC Credit Services, Inc. and Equifax Credit Information Services, in the above-entitled matter.

**DATED:** March 12th, 2001

**THOMAS J. LYONS & ASSOCIATES**

Thomas J. Lyons

Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
1560 Beam Avenue, Suite A
St. Paul, Minnesota 55109
Tel: (651) 770-9707
Fax: (651) 770-5830

**CONSUMER JUSTICE CENTER**
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
St. Paul, Minnesota 55109
Tel: (651) 770-9707
Fax: (651) 770-5830

Attorneys for Plaintiff

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiff,

-vs-

CSC Credit Services, Inc. and
Equifax Credit Information Services,

Defendants.

Civil Action No. 01-CV-~~273~~ 420 PAM/JGL

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed without prejudice.

Dated: March 21, 2001

Chief Judge Paul A. Magnuson
United States District Court